# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

145074 & (19)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

THADDEUS MARCELL WILLIAMS,
    Defendant-Appellant.

SC: 145074
COA: 306161
Wayne CC: 07-007377-FC

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 23, 2012 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

_____
Clerk

t0618